IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTHUR LOPEZ, *et al.* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-2009-K |
| | § | |
| CROSS-SELL, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Agreed Motion to Dismiss All Claims with Prejudice Against Defendant Cross-Sell, LLC and Plaintiffs' Voluntary Dismissal of All Claims with Prejudice Against North American Vehicle Insurance Specialists, LLC, d/b/a NAVISS (Doc. No. 13). The Court **GRANTS** the motion. This case is hereby **dismissed with prejudice**. Each party is to bear its own costs, expenses and attorneys' fees.

**SO ORDERED.**

Signed November 8th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 1